IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01357-BNB

ERIC ADAMS,

        Applicant,

v.

R. WILEY,

        Respondent.

_____

### ORDER CONSTRUING HABEAS ACTION AS *BIVENS* ACTION

_____

        Applicant, Eric Adams, is a prisoner in the custody of the United States Bureau

of Prisons (BOP) who currently is incarcerated at ADX Florence.  On June 15, 2007,

Mr. Adams submitted to the Court a document titled "Writ of Habeas Corpus 28 U.S.C.

§ 2241."  The Court directed the Clerk of the Court to commence a civil action and

instructed Applicant to file his claims on a Court-approved form used in filing § 2241

actions.  Mr. Adams submitted a proper form on July 27, 2007.

        The Court now has reviewed the Application and finds that Mr. Adams is

asserting civil rights claims rather than habeas corpus claims.  Mr. Adams asserts that

BOP employees refuse to allow him to receive copies of the American Curves, a

magazine to which he subscribes.  Applicant seeks injunctive relief.

        "The essence of habeas corpus is an attack by a person in custody upon the

legality of that custody, and . . . the traditional function of the writ is to secure release

from illegal custody."  **See Preiser v. Rodriguez**, 411 U.S. 475, 484 (1973).  Generally,

a federal prisoner's challenge to his conditions of confinement is cognizable under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991).

Mr. Adams will be directed to complete and submit to the Court the proper, Court-approved form used in filling prisoner complaints if he wishes to pursue his claims. Mr. Adams must allege, simply and concisely, the specific claims for relief he is asserting and against whom those claims are asserted. Mr. Adams also will be instructed to complete and submit to the Court the proper, Court-approved form used in requesting leave to proceed pursuant to 28 U.S.C. § 1915 in prisoner complaints. Accordingly, it is

ORDERED that the action is construed as a civil rights action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), as opposed to a habeas corpus action filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court shall modify the Docket in the instant filing to reflect the proper nature of the action. It is

FURTHER ORDERED that **within thirty days from the date of this Order** Mr. Adams shall complete and file with the Court a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Adams two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Adams fails to comply with this Order **within thirty days from the date of the Order**, the action will be dismissed without prejudice and without further notice.  It is

FURTHER ORDERED that the Court will not rule on Mr. Adams' ability to proceed pursuant to 28 U.S.C. § 1915 or review the merits of Mr. Adams' claims until he has complied with this Order.

DATED August 1, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01357-BNB

Eric Adams
Reg. No. 44221-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on _____8/1/07_____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk