IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01357-ZLW

Eric Adams,

       Applicant,

v.

R. WILEY,

       Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

       The matter before the Court is the document titled, "Petitioner Request that Notice of Appeal is Withdrawn From the Record," filed with the Court on August 17, 2007. Applicant filed a Notice of Appeal on August 10, 2007. Applicant's Motion more properly is filed with the United States Court of Appeals for the Tenth Circuit. Therefore, the Court DENIES the Motion as inappropriate.

Dated: August 20, 2007

Copies of this Minute Order mailed on August 20, 2007, to the following:

Eric Adams
Reg. No. 44221-053
USP - ADXMAX
PO Box 8500
Florence, CO 81226

                                                Secretary/Deputy Clerk