IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01357-BNB

ERIC ADAMS,

    Applicant,

v.

R. WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit, filed on August 23, 2007, that dismisses Applicant's appeal, the Order to Cure Deficiency, filed on August 22, 2007, in this Court, which instructs Applicant either to pay the filing fee for his appeal or to submit a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action, will be vacated. Accordingly, it is

    ORDERED that the Order to Cure Deficiency, filed on August 22, 2007, is vacated.

    DATED August 27, 2007, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01357-BNB

Eric Adams
Reg. No. 44221-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/27/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk