IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-01357-BNB

ERIC ADAMS,

    Applicant,

v.

R. WILEY,

    Respondent.

---

ORDER CONSTRUING RULE 60(b)(1) and (6) MOTION
AS OBJECTION AND OVERRULING OBJECTION

---

This matter is before the Court on the *pro se* "Rule 60(b)(1) and (6) Motion" submitted to the Court on August 27, 2007, by Applicant Eric Adams, a federal prisoner currently housed in the State of Colorado. In the Motion, Mr. Adams objects to Magistrate Judge Boyd N. Boland's August 1, 2007, Order construing the instant action as filed pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), as opposed to 28 U.S.C. § 2241. Although Mr. Adams seeks relief under Fed. R. Civ. P. 60(b), the Motion more properly is filed pursuant to 28 U.S.C. § 636(b)(1)(A) and considered as an Objection to Magistrate Judge Boland's August 1, 2007, Order. For the reasons stated below, the Objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. In the Objection, Mr. Adams complains that his conditions of confinement claim properly is considered under § 2241 and requests that the Court vacate Magistrate Judge Boland's August 1, 2007, Order construing the instant action as filed pursuant to *Bivens*.

The Court concludes that Magistrate Judge Boland's August 1, 2007, Order neither is clearly erroneous nor contrary to law. A claim regarding the conditions of confinement in a federal prison properly is considered pursuant to *Bivens*. ***United States v. Furman***, 112 F.3d 435, 439 (10th cir. 1997) (citing ***Richards v. Bellmon***, 941 F.2d 1015, 1018 (10th Cir. 1991)). Therefore, Plaintiff's liberally construed Objection will be overruled.

Plaintiff is instructed to comply with the August 1, 2007, Order or the Complaint and action will be dismissed for failure to cure the deficiencies. Plaintiff is directed to complete and return to the Court the Court-approved forms sent to him with the August 1, 2007, Order if he desires to proceed with the instant action in this Court. Accordingly, it is

ORDERED that Plaintiff's "Rule 60(b)(1) and (6) Motion," filed August 27, 2007, is construed liberally as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that Plaintiff has **ten days from the date of this Order** to comply with the August 1, 2007, Order. It is

FURTHER ORDERED that if Plaintiff fails to comply with the August 1, 2007, Order as directed, within the time allowed, the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this ___5___ day of ___Sept___, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01357-BNB

Eric Adams
Reg. No. 44221-053
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/6/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk