IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01357-BNB

ERIC ADAMS,

    Applicant,

v.

R. WILEY,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 04 2007

GREGORY C. LANGHAM
                 CLERK

---

ORDER OF DISMISSAL

---

On June 15, 2007, Applicant Eric Adams, a federal prisoner currently housed in Colorado, submitted to the Court a "Writ of Habeas Corpus 28 U.S.C. § 2241." Because Applicant failed to file his claims on a Court-approved form used in filing § 2241 actions he was instructed to file his claims on a form, which he did on July 27, 2007. On August 1, 2007, Magistrate Judge Boyd N. Boland entered an order that determined the asserted claims more appropriately were raised pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Magistrate Judge Boland also construed the action as a Prisoner Complaint filed pursuant to *Bivens* and directed Applicant to file a Prisoner Complaint with the Court within thirty days.

Mr. Adams filed an Objection to Magistrate Judge Boland's August 1, 2007, Order. On September 6, 2007, the Court overruled Applicant's Objection and instructed him to comply with the August 1, 2007, Order within ten days.

Applicant now has failed to comply with Magistrate Judge Boland's August 1, 2007, Order within the time allowed. The Court, therefore, has no other option than to deny the Application and dismiss the action. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to prosecute.

DATED at Denver, Colorado, this 3 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01357-BNB

Eric Adams
Reg. No. 44221-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_10/4/07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk