IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01357-ZLW

ERIC ADAMS,

    Applicant,

v.

R. WILEY

    Respondent.



## ORDER

On October 5, 2007, Applicant Eric Adams, a federal prisoner, submitted to the Court a *pro se* "Motion Pursuant to Rule 59(e)." Subsequently on October 10, 2007, Applicant filed an "Amendment of Motion Pursuant to Rule 59(e)." Although Applicant has filed the Motion and Amendment pursuant to Fed. R. Civ. P. 59(e), the Motion and Amendment simply are successive objections to the Court's determination that the instant action more properly is filed pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), as opposed to 28 U.S.C. § 2241.

The Court finds Mr. Adams' Motion and Amendment are redundant, unnecessary, and malicious. Applicant is directed to refrain from filing such filings with

the Court. His filings border on being malicious and may subject him to possible sanctions. Accordingly, it is

ORDERED that Plaintiff's Motion Pursuant to Rule 59(e), filed October 5, 2007, and his Amendment of Motion Pursuant to Rule 59(e), filed October 10, 2007, are DENIED.

DATED at Denver, Colorado, this __18__ day of __Oct.__, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01357-BNB

Eric Adams
Reg. No. 44221-053
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/19/07

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk